IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY D. HARRIS, | ) | CIVIL ACTION NO. 5:23-CV-1884 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHARLES E. FLEMING |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| KILOLO KIJAKAZI, | ) | THOMAS M. PARKER |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | ORDER TO REMAND TO THE |
| Defendant. | ) | COMMISSIONER |

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the Plaintiff's claim and take any further action necessary to complete the administrative record and issue a new decision.

Date: November 27, 2023

_____
CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE